Emily L. Hamilton, Respondent, v. William F. Howe et al., Appellants.— Appeal from judgment of the General Term of the City Court affirming a judgment in favor of plaintiff. David May (Joseph Koch, of counsel), for appellant. Adelbert E. Carroll, for respondent. Judgment affirmed, with costs, upon argument.

Christian Dilg, Appellant, v. Fritz Kupper, Respondent. — Appeal from judgment of the General Term of the City Court affirming; judgment dismissing the complaint.

Howard A. Sperry, for appellant. August P. Wagener, for respondent. Judgment reversed and new trial ordered, with costs to appellant to abide event.

Henry H. Stewart, Respondent, v. J. Harper Bonnell Co., Appellant. — Appeal from judgment of the General Term of the City Court, affirming judgment in favor of plaintiff, and from order denying motion for a new trial. Alfred H. Byrd, for appellant, Burnett, Stayton & Hagen, for respondent. Appeal from order dismissed. Judgment affirmed upon argument.

## SUPREME COURT, APPELLATE TERM, NOVEMBER, 1897.

Before DALY, P. J., McADAM and BISCHOFF, JJ.

George F. Perkins et al., Appellants, v. The Merchants' Lithographing Co., Respondent. — Appeal from order of the General Term of the City Court, affirming order consoli-dating actions and extending defendant's time to serve answer. Charles D. Ridgway, for appellants. Gratz Nathan, for respondent. Order affirmed, with costs, upon argument.